AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>JUAN RAMIREZ CORTEZ<br>YOB: 985<br>COB: Mexico<br><br>*Defendant(s)* | Case No. 7:25-mj-1590 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 10, 2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(3)(A) | Bringing in and Harboring Certain Aliens |
| 8 U.S.C. § 1324a(a)(1)(A) | Unlawful Employment of Aliens |
| 8 U.S.C. § 1324a(2) | Unlawful Employment of Aliens |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

//s// Steven Alcorn
*Complainant's signature*

Steven Alcorn, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/10/2025

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A
# PROBABLE CAUSE STATEMENT

1. On July 1, 2025, SA Jonathan Dietrich swore to a federal search warrant for Taco Ole, 2316 North Conway Avenue, Mission, Texas 78574 and Taco Ole, 2620 W Freddy Gonzalez Dr., Edinburg, TX, to search for and seize evidence, for evidence of: Unlawful Employment of Aliens, 8 U.S.C. § 1324a(a)(1)(A)[1] and 8 U.S.C. § 1324a(2)[2], and violations of Bringing in and Harboring Certain Aliens, 8 U.S.C. § 1324(a)(1)(A)(iii)[3], 8 U.S.C. § 1324(a)(1)(A)(iv)[4], and 8 U.S.C. § 1324(a)(3)(A)[5] issued by the Honorable J. Scott Hacker, United States Magistrate Judge for the Southern District of Texas.

2. On July 10, 2025, SA Jonathan Dietrich and members of the FBI McAllen and other partner agencies executed the above search warrant at the business located at 2316 North Conway Avenue, Mission, TX, known as Taco Ole - Mission. Juan Ramirez Cortez (hereinafter "CORTEZ") identified himself as the manager of the establishment.

3. On July 10, 2025, Joel Esteban Bazan (hereinafter "JOEL") was interviewed by FBI Special Agents. During the interview, JOEL identified himself as the owner of Taco Ole – Mission. JOEL identified CORTEZ as the individual responsible for the hiring and firing for the restaurant employees. CORTEZ fills out employment paperwork and checks immigration documents for hiring. CORTEZ also processes the W-4 and I-9 for the individual(s) he hires. There is nobody at the restaurant at the same level of management as CORTEZ, who is present at the restaurant the majority of the time. JOEL instructed CORTEZ to only hire people eligible to work and is trusted to complete the paperwork. CORTEZ serves as the intermediary between JOEL and the workers.

4. On July 10, 2025, Fabiola Sarai Guerra Cuellar (hereinafter "FABIOLA") was interviewed by FBI Special Agents. During the interview, GUERRA admitted she had a valid tourist visa in 2014 which expired in January 2020. GUERRA stated that she has been working for Taco Ole ever since or for about 10 years as a waitress. GUERRA stated she is making $3.25/hr plus tips. CORTEZ pays GUERRA weekly with a check,

---

[1] Making it unlawful "to hire, or to recruit or refer for a fee, for employment in the United States an alien knowing the alien is an unauthorized alien (as defined in subsection (h)(3)) with respect to such employment[.]"

[2] Making it "unlawful for a person or other entity, after hiring an alien for employment in accordance with paragraph (1) [of 1324a], to continue to employ the alien in the United States knowing the alien is (or has become) an unauthorized alien with respect to such employment."

[3] Making it unlawful to "knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceal[], harbor[], or shield[] from detection, or attempt[] to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation[.]"

[4] Making it unlawful to "encourage[] or induce[] an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law[.]"

[5] Mandating that "[a]ny person who, during any 12-month period, knowingly hires for employment at least 10 individuals with actual knowledge that the individuals are aliens described in subparagraph (B) shall be fined under Title 18 or imprisoned for not more than 5 years, or both."

usually on Monday afternoon. GUERRA stated that CORTEZ, the manager, interviewed her when she applied for the job in 2014. GUERRA provided her tourist visa during her initial interview for employment, but eventually overstayed after it expired in 2020. GUERRA stated that she made Mr. Elias Bazan aware of her lack of status before starting. GUERRA stated that she knows of other employees who do not have status and some have worked there for 20-25 years as such. GUERRA stated that employees used a WhatsApp group chat to coordinate shifts and work matters, but did not know for sure who was the creator or admin for said chat. GUERRA stated that CORTEZ might be the admin for said chat group. GUERRA stated that CORTEZ is her manager, has worked for Taco Ole for about 25 years and is the right-hand man of JOEL, the owner.

5. On July 10, 2025, multiple other employees were interviewed by FBI Special Agents, during which all stated that CORTEZ was responsible for the hiring. Additionally, at least 10 undocumented aliens were determined to be employees at Taco Ole – Mission.