THE STATE OF TEXAS )   7:25-mj-1590
             )
COUNTY OF Hidalgo  )

BEFORE ME, the undersigned authority, on this day personally appeared **Jaris Jones,** known to me to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says:

"I am a **Special Agent** of the **U.S. Homeland Security Investigations,** assigned at **McAllen, Texas,** and that I investigated the case of the United States of America versus:

**Juan Ramirez Cortez     YOB: 1985     Mexican Citizen**

in case number  488-SA-4027222-McAllen RA  ; and from my investigation, it appears that:

**Fabiola Sarai Guerra Cuellar     YOB: 1989     Mexican Citizen**
**Carlos Araijo Juarez             YOB: 1970     Mexican Citizen**
**Guadalupe Iliana Rodriguez Tijerina   YOB: 1977 Mexican Citizen**

are material witnesses in said cause and that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witness."

FURTHER AFFIANT SAYETH NOT.

JARIS D JONES
Digitally signed by JARIS D JONES
Date: 2025.07.10 21:27:14 -05'00'

**Jaris Jones, HSI Special Agent**

SUBSCRIBED AND SWORN TO BEFORE ME on this 10th ~~11th~~ **day of July, 2025** @ 9:53 P.M.

Juan F. Alanis
**U.S. Magistrate Judge**